Christopher A. Carr (#44444)
 ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900, Fax: (626) 577-7764

Attorneys for Defendant,
WACHOVIA MORTGAGE,
a division of WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| YVONNE AND TONY MARTINEZ, | 09CV-02787-GEB-CMK |
|---|---|
| Plaintiffs, | STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 6-144(a)] |
| vs. | |
| WACHOVIA MORTGAGE, FSB, et al., | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Plaintiffs YVONNE AND TONY MARTINEZ, through their counsel of record, and Defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., have stipulated to an 18 day extension as permitted by Local Rule 6-144(a) extending the date of response to the complaint from November 12, 2009, to and including November 30, 2009.

/////
/////
/////
/////
/////

J:\Docs\UN435\StipExtend-181693.doc     1     09CV-02787-GEB (CMK) STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

No extensions which make the cumulative extension more than 30 days are permitted on stipulation without an order of the court, pursuant to said Local Rule.

IT IS SO STIPULATED.

Dated: November 11, 2009        KING LAW OFFICES


By:   /s/ Catherine King
Catherine King
   king_catherine@att.net
   Attorney for Plaintiffs


Dated:  November 11, 2009        ANGLIN, FLEWELLING, RASMUSSEN,
                                 CAMPBELL & TRYTTEN LLP


By:   /s/ Christopher A. Carr
   Christopher A. Carr
   ccarr@afrct.com
   Attorneys for Defendant
   WACHOVIA MORTGAGE, a division of
   WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

**Served Electronically via Court's CM/ECF System:**

*Attorneys for Plaintiff*

Catherine King, Esq.
KING LAW OFFICES
2051 Hilltop Drive
Suite A28
Redding, CA 96002

Tel: (530) 221-2640

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 12, 2009.**

_____
Elizabeth Munnerlyn
(Type or Print Name)

_____
(Signature of Declarant)